**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

ROBERT GEORGE, JR.,

                 Plaintiff,   **CIVIL JUDGMENT**

-against-

                 08 Civ. 3960 (KMW)

MORRISON, Warden; SHEPARD,
Lieutenant; MONGE, Officer;
DUPREE, Officer; GUIRTY,
Officer,

                 Defendants.
———————————————————X

    By order dated April 28, 2008, plaintiff was directed to submit an amended complaint within sixty (60) days of the date of that order. Given that plaintiff failed to file an amended complaint as specified, it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                 /s/ Kimba M. Wood
                 —————————————
                 KIMBA M. WOOD
                 Chief Judge

Dated: JUL 0 7 2008
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

1